IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
TRUSTEES OF THE PLUMBERS AND    )
PIPEFITTERS NATIONAL PENSION    )
FUND, ET AL.,                   )
                                )
            Plaintiffs,         )
V.                              )    Civil Action No. 1:04cv540
                                )
BRANTHOOVER & JOHNSTON          )
COMPANY,                        )
            Defendant.          )
_____)
```

**ORDER**

This matter comes before the Court on a Suggestion of Bankruptcy as to Defendant Branthoover & Johnston Company. It is hereby

ORDERED that this case is STAYED pending disposition of the United States Bankruptcy Court for the Southern District of Ohio and STRICKEN from the active docket.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20, 2006